Ronald J. Dreher
NV Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
Telephone: (775) 846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

CARRIE GUEDEA,

        Plaintiff,

    vs.

RENO-TAHOE AIRPORT
AUTHORITY, and GRAHAM RITZ,
in his individual capacity, and
DOES I-X,

        Defendants.
_____/

Case No.: 3:25-cv-00680

**PLAINTIFF'S CERTFICATE OF
INTERESTED PARTIES**

COMES NOW, Complainant CARRIE GUEDEA, by and through her attorney, Ronald J. Dreher, Esq., hereby gives notice that there are no known interested parties other than those participating in the case.

DATED this 30th day of November, 2025.

                    /s/*Ronald J. Dreher*_____
                    Ronald J. Dreher, Esq.
                    State Bar No. 15726
                    DREHER LAW
                    P.O. Box 6494
                    Reno, NV 89513
                    (775) 846-9804
                    ron@dreherlaw.net
                    *Attorney for Plaintiff*

-1-