Ronald J. Dreher
NV Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
Telephone: (775) 846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CARRIE GUEDEA, | Case No.: 3:25-cv-00680-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |
| RENO-TAHOE AIRPORT AUTHORITY, and GRAHAM RITZ, in his individual capacity, and DOES I-X, | |
| Defendants. | [ECF No. 12] |
| _____/ | |

Plaintiff Carrie Guedea ("Plaintiff") and Defendants Reno-Tahoe Airport Authority and Graham Ritz (collectively the "Defendants," together with Plaintiff the "Parties"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Plaintiff's time to respond in accordance with LR IA 6-1.

1. On December 9, 2025, Plaintiff served Defendants her Complaint. (ECF No. 6).

2. On January 13, 2026, Defendants filed their Motion to Dismiss Complaint by agreement of the Parties. (ECF No. 8).

3. On January 14, 2026, Defendants filed their Motion to Stay Discovery. (ECF No. 10).

-1-

4.     Plaintiff's Response to these Motions are currently due on January 27 and 28, 2026, respectively.

5.     Due to multiple hearings and pending deadlines in other matters, Plaintiff requested an extension to file her Responses.

6.     The Parties have conferred and agreed to extend the deadline for Plaintiff to file her Responses to the above-named Motions to February 20, 2026, and for Defendants to file their Replies to these Responses to March 10, 2026, to accommodate Defendants' counsel's travel schedule

7.     This is the first stipulation to extend the time for Plaintiff to respond to these Motions and for Defendants to reply.

8.     The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6(b)(1); LR IA6-1.

9.     This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

**IT IS SO STIPULATED.**

DATED this 20th day of January, 2026.          DATED this 20th day of January, 2026.

/s/  Ronald J. Dreher                                      /s/  Sarah Ferguson

Ronald J. Dreher, Nevada Bar No. 15726          Sarah Ferguson, Nevada Bar No. 14515
DREHER LAW                                                   Parsons Behle & Latimer
P.O. Box 6494                                                   50 W. Liberty Street, Suite 750
Reno, NV 89513                                                Reno, Nevada 89501
(775) 846-9804                                                 Telephone: (775) 323-1601
ron@dreherlaw.net                                          sferguson@parsonsbehle.com
*Attorney for Plaintiff*                                      *Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 21, 2026 _____