Sarah Ferguson (NSBN 14515)
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

*Attorney for Defendants Reno-Tahoe Airport
Authority and Graham Ritz*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE GUEDEA, <br><br> Plaintiff, <br><br> vs. <br><br> RENO-TAHOE AIRPORT AUTHORITY, and GRAHAM RITZ, in his individual capacity, and DOES I-X, <br><br> Defendants. | Case No. 3:25-cv-00680-MMD-CLB <br><br> **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** <br><br> [ECF No. 20] |

Plaintiff Carrie Guedea ("Plaintiff") and Defendants Reno-Tahoe Airport Authority and Graham Ritz (collectively "Defendants"), by and through their undersigned counsel of record, hereby agree and stipulate to extend the deadline for Defendants to file a responsive pleading to Plaintiff's First Amended Complaint and Jury Demand [ECF No. 16] for two (2) weeks, from its current deadline of **February 17, 2026** to and including **March 3, 2026**.

Pursuant to LR IA 6-1, this is the first request by Defendants for an extension of this deadline

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

and is made in good faith and not for purposes of delay.

DATED this 6th day of February, 2026.        DATED this 6th day of February, 2026.

DREHER LAW                                    PARSONS BEHLE & LATIMER


*/s/ Ronald J. Dreher*                        */s/ Sarah Ferguson*
Ronald J. Dreher, Nevada Bar No. 15726        Sarah Ferguson, Nevada Bar No. 14515
P.O. Box 6494                                 50 W. Liberty Street, Suite 750
Reno, NV 89513                                Reno, Nevada 89501
Telephone:  (775) 846-9804                    Telephone: (775) 323-1601
ron@dreherlaw.net                             sferguson@parsonsbehle.com

*Attorney for Plaintiff*                      *Attorneys for Defendants*


**IT IS SO ORDERED.**

**DATED:** February 6, 2026


_____
UNITED STATES MAGISTRATE JUDGE