Sarah Ferguson (NSBN 14515)
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

*Attorney for Defendants Reno-Tahoe Airport*
*Authority and Graham Ritz*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE GUEDEA,<br><br>Plaintiff,<br><br>vs.<br><br>RENO-TAHOE AIRPORT AUTHORITY, and GRAHAM RITZ, in his individual capacity, and DOES I-X,<br><br>Defendants. | Case No. 3:25-cv-00680-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY**<br><br>[ECF No. 28] |

Plaintiff Carrie Guedea ("Plaintiff") and Defendants Reno-Tahoe Airport Authority and Graham Ritz (collectively "Defendants"), by and through their undersigned counsel of record, hereby agree and stipulate to extend the deadline for Defendants to file a Reply in Support of Motion to Stay Discovery Pending Resolution of Motion to Dismiss First Amended Complaint [ECF No. 24] for two (2) business days, from its current deadline of **April 2, 2026** to and including **April 6, 2026**.

Pursuant to LR IA 6-1, this is the first request by Defendants for an extension of this deadline

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

and is made in good faith and not for purposes of delay but rather to accommodate Defendants' counsel who is currently traveling and suffered from an unexpected illness.

DATED this 1st day of April, 2026.          DATED this 1st day of April, 2026.

DREHER LAW                                  PARSONS BEHLE & LATIMER


/s/ Ronald J. Dreher                        /s/ Sarah Ferguson
Ronald J. Dreher, Nevada Bar No. 15726      Sarah Ferguson, Nevada Bar No. 14515
P.O. Box 6494                               50 W. Liberty Street, Suite 750
Reno, NV 89513                              Reno, Nevada 89501
Telephone:  (775) 846-9804                  Telephone: (775) 323-1601
ron@dreherlaw.net                           sferguson@parsonsbehle.com

Attorney for Plaintiff                      Attorneys for Defendants



IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated:  April 1, 2026
_____

PARSONS
BEHLE &
LATIMER

2