Ronald J. Dreher
NV Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
Telephone: (775) 846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

CARRIE GUEDEA,

Plaintiff,

vs.

RENO-TAHOE AIRPORT AUTHORITY, and DOES I-X,

Defendants.
_______________________________________/

Case No.: 3:25-cv-00680-MMD-CLB

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO THE MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**(FIRST REQUEST)**

COMES NOW, Plaintiff Carrie Guedea ("Plaintiff"), by and through her undersigned counsel, and Defendant Reno-Tahoe Airport Authority, by and through its undersigned counsel of record, hereby submit the following Stipulation to Extend Plaintiff's time to respond in accordance with LR IA 6-1.

1. On November 2, 2026, Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 50).

2. Plaintiff's response is currently due on November 16, 2026.

3. Plaintiff counsel is having to travel in the following days and has several other due dates that are in or around the same time as this response.

4. The Parties have conferred and agreed to extend the deadline for Plaintiff to file her response to the above-named motion to dismiss to December 1, 2026, and to extend the Defendants' deadline to file its reply to December 15, 2026.

5. This is the first stipulation to extend the time for Plaintiff to file her response.

6. The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6(b)(1).

7. This Stipulation is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

**IT IS SO STIPULATED.**

DATED this 15th day of November, 2026.

*/s/ Ronald J. Dreher*

Ronald J. Dreher, Nevada Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
(775) 846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

DATED this 15th day of November, 2026.

*/s/ Sarah Ferguson*

Sarah Ferguson, Nevada Bar No. 14515
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com
*Attorney for Defendant*

IT IS SO ORDERED:

UNITED STATES DISRICT JUDGE

DATED: November 17, 2026